(103 So. 38)

No. 26953.

**STATE v. Herbert PEOPLES.**

(Feb. 2, 1925.)

Appeal from Third Judicial District Court, Parish of Bienville; J. E. Reynolds, Judge.

J. R. Wimberly, of Arcadia, for appellant.

Percy Saint, Atty. Gen., W. D. Goff, Dist. Atty., of Arcadia, Percy T. Ogden, Asst. Atty. Gen. (J. Bernard Cocke, of New Orleans, of counsel), for the State.

OVERTON, J. Defendant appeals from a sentence for possessing intoxicating liquor for beverage purposes. With the exception of the charge, the case is similar in all respects to the case of State v. Peoples (No. 26952) 103 So. 38,[1] this day decided, and hence presents nothing upon which this court may act.

For the reasons there assigned, the conviction and sentence appealed from are affirmed.

